FILED

2011 OCT 17 AM 11: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CASSIAN DANIELS and DOES 1-20, <br><br> Defendants. | CASE NO. CV 11-08248 UA (RZ) <br><br> ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

    The Court will remand this unlawful detainer action to state court because it was removed improperly.

    On October 4, 2011 Defendant Cassian Daniels, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

    Simply stated, lender Aurora could not have brought this action in federal court in the first place, in that neither diversity jurisdiction nor federal-question jurisdiction exists, and therefore Defendant is not allowed to remove the action. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct.

2611, 162 L.Ed.2d 502 (2005). It is not clear whether Aurora is diverse from Defendant. (As a limited liability company, its citizenship derives from that of each individual member of the company. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1021-22 (11th Cir. 2004). Aurora's members' citizenship is not stated in the removal notice.) But even if complete diversity of citizenship exists, the amount in controversy in the removed action does not exceed the jurisdictional threshold of $75,000. On the contrary, Aurora's unlawful-detainer complaint bears a caption indicating that the amount in controversy does not exceed $10,000. Also, because Defendant resides in the forum state, Defendant cannot properly remove the action, to the extent diversity jurisdiction is asserted. 28 U.S.C. § 1441(b).

Nor does Aurora's unlawful detainer action raise any federal legal question.

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Los Angeles County, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 10/13/2011

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE